*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Diane M. Bensinger
    Debtor(s)

Case No: 17–12204–mdc
Chapter: 7

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

\*\*RE–SCHEDULED
Motion for Relief from Stay In Re: 944 Homeland Drive, Lancaster, PA 17601. Filed by PNC Bank, National Association Represented by MATTEO SAMUEL WEINER

on: 9/5/17

at: 10:30 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  8/17/17

Timothy B. McGrath
Clerk of Court