United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-12204-mdc
Diane M. Bensinger                                                        Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Eileen    Page 1 of 1           Date Rcvd: Aug 17, 2017
                        Form ID: 167    Total Noticed: 19

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 19, 2017.
db            +Diane M. Bensinger,    944 Homeland Drive,    Lancaster, PA 17601-5142
13891956      +Aes/nhelp,    Po Box 61047,    Harrisburg, PA 17106-1047
13917460      +American Education Services,    PO BOX 8183,    HARRISBURG, PA 17105-8183
13937444       American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                Malvern  PA 19355-0701
13891958      +Amex,    Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
13891959      +Capital One,    Attn: General Correspondence/Bankruptcy,    Po Box 30285,
                Salt Lake City, UT 84130-0285
13891960      +Chase Card,    Attn: Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
13937681       Comcast Cable,    PO Box 3005,    Southeastern, PA  19398-3005
13891961      +DAVCO ADVERTISING,    PO BOX 288,    Kinzers, PA 17535-0288
13891962       DON SHAKESPEARE,    LIGHTHOUSE REAL ESTATE,    PO BOX 10008,    Gap, PA 17527
13891964      +HON. RAYMOND S. SHELLER,    14 CENTER STREE,    PO BOX 618,    Intercourse, PA 17534-0618
13942077      +Lancaster Gen Hospital,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,
                Dallas, TX 75380-0849
13952281      +PNC Bank, National Association,    c/o Rebecca A. Solarz, Esquire,    KML Law Group. P.C.,
                701 Market Street, Suite 5000,    Phila., PA 19106-1541
13892964      +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13891966      +Pnc Mortgage,    Po Box 8703,    Dayton, OH 45401-8703
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/PDF: gecsedi@recoverycorp.com Aug 18 2017 01:41:36      Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13891965      +E-mail/Text: kara.vincent@lrrcu.org Aug 18 2017 01:40:55       Lancaster Red Rose Cu,
                1010 New Holland Ave,    Lancaster, PA 17601-5606
13930677       E-mail/Text: bnc-quantum@quantum3group.com Aug 18 2017 01:40:10
                Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
13891968      +E-mail/PDF: gecsedi@recoverycorp.com Aug 18 2017 01:41:44      Synchrony Bank/Care Credit,
                Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
                                                                                               TOTAL: 4

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13891957       Aes/nhlp-11
13891963       HIBU
13891967     ##+Stellar Recovery Inc,    Attn: Bankruptcy,    4500 Salisbury Road Ste 105,
                Jackonville, FL 32216-8035
                                                                                TOTALS: 2, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 17, 2017 at the address(es) listed below:
              ALAINE V. GRBACH    on behalf of Debtor Diane M. Bensinger avgrbach@aol.com
              CHRISTINE C. SHUBERT    christine.shubert@comcast.net, J100@ecfcbis.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    PNC Bank, National Association
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    PNC Bank, National Association
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 5
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Diane M. Bensinger
    Debtor(s)                              Case No: 17−12204−mdc
                                                    Chapter: 7

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

**RE−SCHEDULED
Motion for Relief from Stay In Re: 944 Homeland Drive, Lancaster, PA 17601. Filed by PNC Bank, National Association Represented by MATTEO SAMUEL WEINER

on: 9/5/17

at: 10:30 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

                                                               For The Court

Date: 8/17/17                                          Timothy B. McGrath
                                                               Clerk of Court