United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Diane M. Bensinger
      Debtor

Case No. 17-12204-mdc
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Christina    Page 1 of 1    Date Rcvd: Sep 06, 2017
                  Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 08, 2017.
db             +Diane M. Bensinger,    944 Homeland Drive,    Lancaster, PA 17601-5142

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2017    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 6, 2017 at the address(es) listed below:
        ALAINE V. GRBACH    on behalf of Debtor Diane M. Bensinger avgrbach@aol.com
        CHRISTINE C. SHUBERT    christine.shubert@comcast.net, J100@ecfcbis.com
        MATTEO SAMUEL WEINER    on behalf of Creditor    PNC Bank, National Association
         bkgroup@kmllawgroup.com
        REBECCA ANN SOLARZ    on behalf of Creditor    PNC Bank, National Association
         bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                              TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Diane M. Bensinger | | CHAPTER 7 |
| | Debtor | |
| PNC Bank, National Association | Movant | NO. 17-12204 MDC |
| vs. | | |
| Diane M. Bensinger | Debtor | 11 U.S.C. Section 362 |
| Christine C. Shubert, Esq. | Trustee | |

## ORDER

AND NOW, this 8th day of September, 2017, upon failure of Debtor and the Trustee to file and answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay is granted and the automatic stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code, as amended (the Bankruptcy Code), is modified with respect to the subject premises located at 944 Homeland Drive, Lancaster, PA 17601 ("Property"), so as to allow Movant, or its successor or assignee, to proceed with its rights and remedies under the terms of the subject mortgage and to pursue its *in rem* State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. ~~Additionally, the automatic stay, having been lifted, shall not prohibit any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) from taking any legal action for enforcement of its right to possession of the Property.~~

_____
United States Bankruptcy Judge.