United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-12204-mdc
Diane M. Bensinger                                                      Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: ChrissyW          Page 1 of 1          Date Rcvd: Oct 24, 2017
                             Form ID: 195            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2017.
db            +Diane M. Bensinger,    944 Homeland Drive,    Lancaster, PA 17601-5142

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2017 at the address(es) listed below:
      ALAINE V. GRBACH    on behalf of Debtor Diane M. Bensinger avgrbach@aol.com
      CHRISTINE C. SHUBERT    christine.shubert@comcast.net, J100@ecfcbis.com
      MATTEO SAMUEL WEINER    on behalf of Creditor   PNC Bank,  National Association bkgroup@kmllawgroup.com
      REBECCA ANN SOLARZ    on behalf of Creditor   PNC Bank,  National Association bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                        TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                       : Chapter 7

Diane M. Bensinger                                                 : Case No. 17−12204−mdc
      Debtor(s)

### ORDER
_____

AND NOW, this day , October 24,2017 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Magdeline D. Coleman
Judge , United States Bankruptcy Court

39
Form 195