United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-12204-mdc
Diane M. Bensinger                                                      Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2       User: ChrissyW        Page 1 of 2         Date Rcvd: Oct 24, 2017
                           Form ID: 318          Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2017.
```
db            +Diane M. Bensinger,   944 Homeland Drive,   Lancaster, PA 17601-5142
13891956      +Aes/nhelp,   Po Box 61047,   Harrisburg, PA 17106-1047
13917460      +American Education Services,   PO BOX 8183,   HARRISBURG, PA 17105-8183
13937681       Comcast Cable,   PO Box 3005,   Southeastern, PA 19398-3005
13891961      +DAVCO ADVERTISING,   PO BOX 288,   Kinzers, PA 17535-0288
13891962       DON SHAKESPEARE,   LIGHTHOUSE REAL ESTATE,   PO BOX 10008,   Gap, PA 17527
13891964      +HON. RAYMOND S. SHELLER,   14 CENTER STREE,   PO BOX 618,   Intercourse, PA 17534-0618
13942077      +Lancaster Gen Hospital,   c/o Creditors Bankruptcy Service,   P.O. Box 800849,
                Dallas, TX 75380-0849
13952281      +PNC Bank, National Association,   c/o Rebecca A. Solarz, Esquire,   KML Law Group. P.C.,
                701 Market Street, Suite 5000,   Phila., PA 19106-1541
13891966      +Pnc Mortgage,   Po Box 8703,   Dayton, OH 45401-8703
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: bankruptcy@phila.gov Oct 25 2017 01:36:09     City of Philadelphia,
                City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                Philadelphia, PA 19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 25 2017 01:35:56
                Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 25 2017 01:36:08     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13937444       EDI: BECKLEE.COM Oct 25 2017 01:28:00     American Express Centurion Bank,
                c/o Becket and Lee LLP,   PO Box 3001,   Malvern  PA 19355-0701
13891958      +EDI: AMEREXPR.COM Oct 25 2017 01:28:00     Amex,   Correspondence,   Po Box 981540,
                El Paso, TX 79998-1540
13891959      +EDI: CAPITALONE.COM Oct 25 2017 01:28:00     Capital One,
                Attn: General Correspondence/Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
13891960      +EDI: CHASE.COM Oct 25 2017 01:28:00     Chase Card,   Attn: Correspondence Dept,   Po Box 15298,
                Wilmington, DE 19850-5298
13891965      +E-mail/Text: kara.vincent@lrrcu.org Oct 25 2017 01:36:17     Lancaster Red Rose Cu,
                1010 New Holland Ave,   Lancaster, PA 17601-5606
13892964      +EDI: PRA.COM Oct 25 2017 01:28:00     PRA Receivables Management, LLC,   PO Box 41021,
                Norfolk, VA 23541-1021
13930677       EDI: Q3G.COM Oct 25 2017 01:28:00     Quantum3 Group LLC as agent for,   MOMA Funding LLC,
                PO Box 788,   Kirkland, WA  98083-0788
13891968      +EDI: RMSC.COM Oct 25 2017 01:28:00     Synchrony Bank/Care Credit,   Attn: Bankruptcy,
                Po Box 956060,   Orlando, FL 32896-0001
                                                                                              TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13891957        Aes/nhelp-11
13891963        HIBU
13891967     ##+Stellar Recovery Inc,   Attn: Bankruptcy,   4500 Salisbury Road Ste 105,
                Jackonville, FL 32216-8035
                                                                                   TOTALS: 2, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2017                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-2            User: ChrissyW              Page 2 of 2                   Date Rcvd: Oct 24, 2017
                                Form ID: 318                Total Noticed: 21
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 24, 2017 at the address(es) listed below:
              ALAINE V. GRBACH    on behalf of Debtor Diane M. Bensinger avgrbach@aol.com
              CHRISTINE C. SHUBERT    christine.shubert@comcast.net, J100@ecfcbis.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    PNC Bank, National Association
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    PNC Bank, National Association
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 5
```

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Diane M. Bensinger** | Social Security number or ITIN **xxx–xx–0366** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN _ _ _ _ |
| | | EIN _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **Eastern District of Pennsylvania**

Case number:  **17–12204–mdc**

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Diane M. Bensinger

10/24/17

**By the court:**   Magdeline D. Coleman
                    United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318    **Order of Discharge**    page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

Official Form 318                    **Order of Discharge**                    page 2